UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN-FENG SHAO HSU,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST BANK, et al.,<br><br>    Defendants. | Case No. 20-cv-03634-VC<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 32 |

  First Bank's motion to dismiss is denied. This Court has diversity jurisdiction because Hsu's amended complaint puts more than $75,000 in controversy. In addition to compensatory damages, this time around, Hsu has sufficiently alleged fraudulent conduct—at least by Lippo Bank—which could give rise to punitive damages. (First Bank has not thus far contested that it could be held liable for Lippo Bank's conduct.) Thus, it does not "appear to a legal certainty that the claim is really for less than the jurisdictional amount . . . .'' *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938); *see also Geographic Expeditions, Inc. v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1106 (9th Cir. 2010).

  **IT IS SO ORDERED.**

Dated: December 17, 2020

                               _____
                               VINCE CHHABRIA
                               United States District Judge